SECOND DEPARTMENT, JULY, 1951.

(July 2, 1951.)

■

JAMES A. ANDREWS, Respondent, v. SAMUEL LEBIS et al., Defendants, and BROOKLYN TRUST COMPANY, Individually and as Trustee under a Declaration of Trust dated August 4, 1937, and as Co-trustee under a Declaration of Trust dated March 15, 1945, et al., Appellants. JAMES A. ANDREWS, Respondent, v. SAMUEL LEBIS et al., Appellants, et al., Defendants.— Motion by respondent to modify the order of this court dated May 31, 1951, so as to disallow costs to certain of the appellants, denied, without costs. Motion by respondent to extend his time to serve the amended supplemental complaint granted, and time to serve such complaint extended until twenty days after the entry of the order hereon. On the court's own motion, that part of the decision of this court dated May 28, 1951, in paragraph designated number (3) which reads "and in paragraph 'Forty-fourth' to paragraphs 'Fourth', 'Seventh', 'Eighth', 'Eleventh', 'Twelfth', 'Fourteenth', 'Sixteenth'" is amended by deleting therefrom the words "'Twelfth'" and "'Sixteenth'" and by inserting therein the word "'Fifteenth'". On the court's own motion such decision is further amended by changing the next to the last sentence thereof to read as follows: "Therefore, it was not error to refuse to dismiss the third cause of action on the ground that, as matter of law, the three-year Statute of Limitations (Civ. Prac. Act, § 49) was applicable." The order of this court, entered upon said decision, will be resettled accordingly. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 858.]

■

JAMES A. ANDREWS, Respondent, v. SAMUEL LEBIS et al., Defendants, and BROOKLYN TRUST COMPANY, Individually and as Trustee under a Declaration of Trust dated August 4, 1937, and as Co-trustee under a Declaration of Trust dated March 15, 1945, et al., Appellants. JAMES A. ANDREWS, Respondent, v. SAMUEL LEBIS et al., Appellants, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Cross motion by appellant Brooklyn Trust Company, individually, to amend the decision of this court dated May 28, 1951, by deleting that portion of the paragraph designated as number (3) therein, which denies said appellant's motion to strike from paragraph 44 of the supplemental complaint the reference therein to paragraphs Twelfth and Sixteenth of said complaint, dismissed in view of the amendment of the decision on the court's own motion, decided herewith. Counter application by respondent to amend said decision by deleting that portion of the paragraph designated number (3) therein, which reads as follows: "and the re-allegation of the 'Tenth,' 'Twelfth' and 'Sixteenth' paragraphs in the 'Forty-fourth' paragraph," and substituting therefor another provision, denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 858.]